## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**In re:**

**Chungsu Kim,**                                                     Case No. 22-11178-BFK
*aka Edward Chungsu Kim*
*fdba J2K Corporation*                                               Chapter 7
*fdba Buying Together*

                    **Debtor(s).**

### CONSENT ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE OF THE DEBTOR

The Acting United States having filed a Motion To Extend The Time File A Complaint Objecting To Discharge Of The Debtor, pursuant to Rule 4004(b) and 1017(e) on December 5, 2022 at Docket No. 53, the Debtor having consented to the relief requested as indicated by the signature of counsel below, and good cause being shown, it is hereby:

**ORDERED**, that the **Acting United States Trustee** shall have until ***Friday, February 3, 2023*** to object to the discharge of the debtor pursuant to § 727(a) of the United States Bankruptcy Code, and it is further;

**ORDERED** that no discharge shall be granted to the debtor pending resolution of this matter.

Date: Dec 13 2022                          /s/ Brian F Kenney
                                           Brian F. Kenney
                                           United States Bankruptcy Judge


                              Entered on Docket: December 13, 2022

I ask for this:

John P. Fitzgerald, III
Acting United States Trustee, Region Four


By: */s/ Michael T. Freeman*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov


Seen and Agreed:

Weon Geun Kim
Weon G. Kim Law Office
Counsel for Debtor


By: */s/ Weon Geun Kim (w permission via email 12/12/22)*
Weon Geun Kim, VSB#73104
Weon G. Kim Law Office
8200 Greensboro Dr. #900
McLean, VA 22102
571-278-3728
Email: jkkchadol99@gmail.com


## Certificate of Service

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed consent order has been endorsed by all necessary parties and served on all necessary parties in this proceeding, and that on August 9, 2022 a copy of this order was emailed to Weon Geun Kim Counsel for the Debtor at jkkchadol99@gmail.com.
.

*/s/ Michael T. Freeman*
Michael T. Freeman

Copies To:

   Chungsu Kim
   5673 Lierman Cir
   Centreville, VA 20120
   *Debtor*

According to the Court's ECF records, electronic notice of this motion should be provided to the
following persons:

- **Weon Geun Kim**    jkkchadol99@gmail.com, attorneygrace4u@gmail.com
- **Janet M. Meiburger**    trustee@meiburgerlaw.com, VA41@ecfcbis.com
- **Bhavik Dalpat Patel**    bdp@lawmacdowell.com
- **Daniel M. Press**    dpress@chung-press.com, pressdm@gmail.com